IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY COFFIE-JOSEPH, | : |
|     Petitioner | : |
|     v. | : Case No. 3:24-cv-114-KAP |
| LEONARD ODDO, WARDEN, | : |
| MOSHANNON VALLEY PROCESSING | : |
|  CENTER, *et al.*, | : |
|     Respondents | : |

<u>Memorandum Order</u>

    After consideration of the petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241 and the government's response thereto, and in accordance with the developing precedent in this district concerning the application of the four-factor framework set out in <u>German Santos v. Warden Pike County Corrections Facility</u>, 965 F.3d 203, 211 (3d Cir. 2020), *see* most especially <u>Nyamekye v. Oddo</u>, No. CR 3:22-CV-240, 2023 WL 9271879, at *3 (W.D. Pa. May 4, 2023), the Petition, ECF No. 4, is GRANTED. An Immigration Judge shall provide petitioner with an individualized bond hearing within 7-10 days from the date of this Order and the respondent shall provide notice of the same to this Court.

DATE: January 15, 2025

                                                Keith A. Pesto,
                                                United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

MERCY COFFIE-JOSEPH, A# 216-220-863
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866